Robert V. JUSTICE, Dr., Appellant

v.

INTERNAL REVENUE SERVICE, an
agency of the U.S. Government,
Appellee.

No. 11–5232.

United States Court of Appeals,
District of Columbia Circuit.

Dec. 5, 2012.

Robert V. Justice, Dr., Beverly Hills,
CA, pro se.

John Arthur Schumann, Jonathan S. Co-
hen, Ronald C. Machen, Jr., Esquire, U.S.,
U.S. Department of Justice, Washington,
DC, for Appellee.

Before: SENTELLE, Chief Judge, and
BROWN and KAVANAUGH, Circuit
Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the rec-
ord from the United States District Court
for the District of Columbia and on the
briefs filed by the parties. *See* Fed.
R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It
is

**ORDERED AND ADJUDGED** that the
district court's order filed July 13, 2011
entering judgment in favor of the Internal
Revenue Service be affirmed. The district
court correctly concluded that the agency
conducted an adequate search in response
to appellant's document request submitted
under the Freedom of Information Act
(FOIA). "[I]t is long settled that the fail-
ure of an agency to turn up one specific
document in its search does not alone ren-
der a search inadequate." *Iturralde v.
Comptroller of Currency,* 315 F.3d 311,
315 (D.C.Cir.2003). "Rather, the adequacy
of a FOIA search is generally determined
not by the fruits of the search, but by the
appropriateness of the methods used to
carry out the search." *Id.* Moreover, the
district court did not abuse its discretion in
denying appellant's request for discovery.
*See SafeCard Servs., Inc. v. SEC,* 926 F.2d
1197, 1200 (D.C.Cir.1991) ("This court will
overturn the district court's exercise of its
broad discretion to manage the scope of
discovery only in unusual circumstances.").

Pursuant to D.C. Circuit Rule 36, this
disposition will not be published. The
Clerk is directed to withhold issuance of
the mandate herein until seven days after
resolution of any timely petition for re-
hearing or petition for rehearing en banc.
*See* Fed. R.App. P. 41(b); D.C.Cir. Rule
41.